1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AHMED ASHOUR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | CASE NO. 2:19-cv-04170-DSF-JEM<br><br>**CLASS ACTION**<br><br>**ORDER TRANSFERRING VENUE OF THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

# ORDER

Based upon the Stipulation to Transfer Venue of this action to the United States District Court for the Southern District of New York and GOOD CAUSE APPEARING therefore,

IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Southern District of New York to be related to *Kubilius et al v. Arizona Beverage Company LLC*, case number 1:18-cv-09075 (SDNY) ("Kubilius Action") to the extent permitted by the Southern District of New York Local Civil Rules.

2. Upon transfer of venue, the parties will promptly request a status conference with the Court to seek coordination with the Kubilius Action.

3. Plaintiff and Defendants reserve all rights to file all motions including, but not limited to, motions to dismiss under Rule 12 and/or to amend the pleadings per Rule 15.

4. After venue of the within action is transferred to the United States District Court for the Southern District of New York, and as long as the within matter remains in the Southern District of New York, Defendants agree not to file a motion to request a stay of the within action based upon the first to file doctrine due to the Kubilius Action.

IT IS SO ORDERED.

DATED: July 25, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE